## FABIN V. THE STATE.

(Decided Feb. 11, 1909.)

APPEAL from Covington Circuit Court.

Heard before Hon. H. A. PEARCE.

No consel marked for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

Per curiam. Abated by death of appellant.

---

## FARNHAM V. DEAN, JUDGE.

(Decided May 13, 1909.)

APPEAL from Conecuh Chancery Court.

Heard before Hon. L. D. GARDNER.

J. F. JONES, for appellant. RABB & PAIGE, for appellee.

Per curiam. Appeal dismissed on motion of appellant.

---

## FOSTER, ET. AL. V. REDDICK.

### *Ejectment.*

(Decided Jan. 21, 1909. Rehearing denied Feb. 5, 1909. 48 So. 666.)

APPEAL from Bullock Circuit Court.

Heard before Hon. A. A. EVANS.

J. D. NORMAN, for appellants. D. S. BETHUNE, and E. L. BLUE, for appellee.

DOWDELL, J.—Reversed and remanded on the authority of *Foster, et al. v. Carlisle, et al.,* 159 Ala. 621, 48 South. 665.

TYSON, C. J., and ANDERSON and McCLELLAN, JJ., concur.